■ FIRST CAPITAL STRATEGISTS, Respondent, v WALL STREET DEVELOPMENT CORPORATION, Defendant, and RICHARD CUSICK, Appellant.—Judgment, Supreme Court, New York County (Amos Bowman, J.), entered on April 4, 1986, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Motion by plaintiff-respondent to

strike defendant-appellant's reply brief and for other relief denied. No opinion. Concur—Murphy, P. J., Sandler, Kassal, Rosenberger and Smith, JJ.